No. 98-1307. ILLINOIS COUNCIL ON LONG TERM CARE, INC. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98-1308. CAPITAL CURRENCY EXCHANGE, N. V., DBA CHEQUEPOINT USA, ET AL. *v.* NATIONAL WESTMINSTER BANK PLC ET AL. C. A. 2d Cir. Certiorari denied.

No. 98-1309. SHAZES *v.* SHAZES. Super. Ct. Pa. Certiorari denied.

No. 98-1310. ZISK ET UX. *v.* CITY OF ROSEVILLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-1312. DONOVAN *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Santa Clara County. Certiorari denied.

No. 98-1313. DAVIS *v.* SYNTEX LABORATORIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 98-1314. DENOUDEN *v.* UNIVERSITY OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-1315. JOHNSON ET UX., TRUSTEES *v.* D. H. BLAIR & CO., INC., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 98-1319. KIDDER, PEABODY & CO., INC., ET AL. *v.* MATHEWS ET AL. C. A. 3d Cir. Certiorari denied.

No. 98-1320. BSW DEVELOPMENT GROUP *v.* CITY OF DAYTON. Sup. Ct. Ohio. Certiorari denied.

No. 98-1321. BEIM ET AL. *v.* ALIX, TRUSTEE. C. A. 6th Cir. Certiorari denied.

No. 98-1322. BOWMAN *v.* ANDERSON, CHAIRMAN, OKLAHOMA TAX COMMISSION. C. A. 10th Cir. Certiorari denied.